UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROSE D. ERWIN, | ) |
|         Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 1:11-cv-0319-DML-JMS ) |
| MICHAEL J. ASTRUE,<br>Commissioner of the Social Security<br>Administration, | ) ) ) ) |
|         Defendant. | ) ) |

## Judgment

The court, having made its entry on March 15, 2012, it is ADJUDGED that the final decision of the Commissioner denying the application for Disability Insurance Benefits for Rose D. Erwin based on the application filed on July 25, 2006, is AFFIRMED.

So ORDERED.

Date: 03/15/2012

                                                Debra McVicker Lynch
                                                United States Magistrate Judge
                                                Southern District of Indiana

Distribution:

Charles D. Hankey
charleshankey@hankeylawoffice.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov